# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: APPOINTMENT TO | : No. 60 |
| | : |
| PENNSYLVANIA LAWYERS FUND | : CLIENT SECURITY APPOINTMENT |
| | : DOCKET |
| FOR CLIENT SECURITY BOARD | : |

## O R D E R

**PER CURIAM:**

AND NOW, this 19th day of February, 2015, the Honorable Albert H. Masland, Cumberland County, is hereby appointed as a member of the Pennsylvania Lawyers Fund for Client Security Board for a term of three years commencing April 1, 2015.